**EXHIBIT 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) Civil Action No. 03-1111 (HHK) <br> ) |
| PROGRESSIVE WEATHERPROOFING, INC., | ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

## JUDGMENT

Plaintiffs filed a Complaint on May 21, 2003 against Progressive Weatherproofing, Inc. ("Progressive" or "Defendant") and an Amended Complaint against Defendant on February 4, 2004, and the parties agreed upon a basis for the resolution of the matters alleged in the Complaints.

Now, therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED** that final judgment in favor of Plaintiffs and against Defendant is hereby granted and judgment shall be entered as follows:

(1) That Plaintiffs John Flynn, Louis Weir, Gerry O'Malley, James Boland, Gerald O'Malley, Joseph Bramlett, Fred Kinateder, Dominic Spano, Paul Songer, Charles Velardo, Eugene George, Dan Schiffer, Kenneth Lambert, Matthew Aquiline, Vincent DeLazzero and Gregory Hess, all of whom are Trustees of, and sue on behalf of, the Bricklayers & Trowel Trades International Pension Fund ("IPF"), 1776 Eye Street, NW, Fifth Floor, Washington,

DC 20006, the International Masonry Institute, 1776 Eye Street, NW, Fifth Floor, Washington, DC 20006, the Bricklayers and Allied Craft Trades Local 3 New York Annuity Fund and the Bricklayers and Allied Trades Local 3 New York Health and Welfare Fund, recover from Defendant Progressive Weatherproofing, Inc., 33 Ransier Drive, West Seneca, NY 14224, the amount of $375,000.00;

(2) That final judgment shall be entered on the docket in the total amount of $375,000.00 in favor of Plaintiffs and against Defendant;

(3) That Defendant will be held bound to the terms and conditions of the Memorandum of Understanding filed with this Court;

(4) That Defendant be directed to submit all monthly reports and contributions that may come due the Plaintiffs subsequent to the filing of this judgment and to submit such contributions consistent with the IPF's interpretation of the "hours paid" language in the collective bargaining agreements signed by Progressive.

**ORDERED, ADJUDGED AND DECREED** that Plaintiffs have execution therefore consistent with the Memorandum of Understanding.

Henry H. Kennedy
United States District Court Judge