STATE OF NEW YORK

United States District COURT; COUNTY OF _____
District of Columbia

John Flynn, et. al.                                      Plaintiff(s)
                                        v.
James R. Jajkowski                                       Defendant(s)

AFFIDAVIT OF SERVICE
ON AN INDIVIDUAL OR
CORPORATION

Case Index No.: 1:06CV00649

State of New York, County of __Niagara__ ss:

__Jan M. Hayes__ being duly sworn, deposes and says that deponent is over 18 years of age and not a party to this action, that on __05.04.06__, at approximately __6:45 PM__ at __39 Heritage Road East__ City __Buffalo__ State __NY__ Zip __14221__ served the annexed __Summons & Complaint__ on __James R. Jajkowski__ in the following manner: __notice of Right to Consent do Tri__

___ Individual   By delivering to and leaving with said _____ personally a true copy thereof, and that he knew that person so served to be _____ the person mentioned and described in said _____

___ Corporation   By delivering to and leaving with _____ and he knew the person so served to be _____ of defendant corporation.

___ Responsible   By delivering to and leaving with _____
    Person   (_____) a true copy thereof, a person of suitable age and discretion. Said premises being defendants (dwelling place) (usual place of abode) (place of business) within the State of New York.

X  Substituted   By affixing a true copy thereof to the door of said premises the same being the defendants
   Service   (dwelling place) (~~usual place of abode~~) (~~place of business~~) within the State of New York.

X  Mail   A true copy thereof was also deposited in a postpaid, properly addressed envelope, bearing the legend of "Personal and Confidential", in an official depository under the exclusive care and custody of the United States Postal Service. Mailed on __05.05.06__.

X  Previous   Deponent had previously attempted to serve the above-named defendant(s) pursuant
   Attempts   to CPLR § 308

   at __39 Heritage Rd E__ on the __04.24.06__ day of __April__ 2006 __6:18__ P M
   at __Buffalo, NY__ on the __04.29.06__ day of __April__ 2006 __10:30__ A M
   at __14221__      on the __05.01.06__ day of __May__ 2006 __6:45__ P M
                     __05.02.06__        __May__ 2006 __9:45__ PM
                     __05.04.06__        __May__ 2006 __6:45__ PM

___ Description   The Person served would be described as:

| SEX | SKIN | HAIR | OTHER | AGE | HEIGHT | WEIGHT |
|---|---|---|---|---|---|---|
| ___ Male | ___ White | ___ Black | ___ Balding | ___ 14 - 20 yrs | ___ Under 5' | ___ Under 100 lbs |
| ___ Female | ___ Black | ___ Brown | ___ Mustache | ___ 21 - 35 yrs | ___ 5' - 5'3" | ___ 100 - 130 lbs |
|  | ___ Yellow | ___ Blonde | ___ Beard | ___ 36 - 50 yrs | ___ 5'4" - 5'8" | ___ 131 - 160 lbs |
|  | ___ Brown | ___ Gray | ___ Glasses | ___ 51 - 65 yrs | ___ 5'9" - 6' | ___ 161 - 200 lbs |
|  | ___ Red | ___ Red |  | ___ over 65 | ___ Over 6' | ___ Over 200 lbs |
|  |  | ___ White |  |  |  |  |

X  Military   To the best of my knowledge, information and belief the said defendant at the time of service was not engaged in Military service of the United States.

Sworn to before me on this __5th__ day of __May__, 2006

__Yvonne J Michael__
NOTARY

__Jan M. Hayes__
YVONNE S. MICHAELS
Notary Public, State of New York
Qualified in Erie County
My Commission Expires March 20, 20 10

cc_120