UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 06-00649 (HHK) |
| JAMES R. JAJKOWSKI, | ) |
| Defendant. | ) |

## DECLARATION IN SUPPORT OF
## SERVICE OF SUMMONS AND COMPLAINT

Pursuant to 28 U.S.C. § 1746, I, IRA R. MITZNER, hereby declare as follows:

1. I am a partner with the firm of Dickstein Shapiro Morin & Oshinsky LLP, and I am counsel to the Plaintiffs in the above-captioned case.

2. On May 4, 2006, service of the Summons and Complaint in this action was made upon James R. Jajkowski, by delivering said documents at 39 Heritage Road East, Buffalo, NY 14221 to James R. Jajkowski, defendant in this case.

2107600.01

3.  Proof of such service is provided by the affidavit of process server, Jan M. Hayes, attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 30, 2006

Respectfully submitted,

By: /s/ Ira R. Mitzner
Ira R. Mitzner, DC Bar No. 184564
DICKSTEIN SHAPIRO MORIN
 & OSHINSKY LLP
2101 L Street, N.W.
Washington, DC 20037-1526
(202) 828-2234

*Attorneys for Plaintiffs*
John Flynn, *et al.*

2107600.01