STATE OF NEW YORK

*United States District* COURT; COUNTY OF *District of Columbia*

*John Flynn, et. al.*    Plaintiff(s)

v.

*James R. Jajkowski*    Defendant(s)

AFFIDAVIT OF SERVICE ON AN INDIVIDUAL OR CORPORATION

Case Index No.: *1:06CV00649*

State of New York, County of *Niagara* ss:

*Jan M. Hayes* being duly sworn, deposes and says that deponent is over 18 years of age and not a party to this action, that on *05.04.06*, at approximately *6:45 PM* at *39 Heritage Road East* City *Buffalo* State *NY* Zip *14221* served the annexed *Summons & Complaint notice of Right to Consent to Trial* on *James R. Jajkowski* in the following manner:

___ Individual    By delivering to and leaving with said _____ personally a true copy thereof, and that he knew that person so served to be _____ the person mentioned and described in said _____.

___ Corporation    By delivering to and leaving with _____ and he knew the person so served to be _____ of defendant corporation.

___ Responsible Person    By delivering to and leaving with _____ (_____) a true copy thereof, a person of suitable age and discretion. Said premises being defendants (dwelling place) (usual place of abode) (place of business) within the State of New York.

X Substituted Service    By affixing a true copy thereof to the door of said premises the same being the defendants (dwelling place) (usual place of abode) (place of business) within the State of New York.

X Mail    A true copy thereof was also deposited in a postpaid, properly addressed envelope, bearing the legend of "Personal and Confidential", in an official depository under the exclusive care and custody of the United States Postal Service. Mailed on *05.05.06*.

X Previous Attempts    Deponent had previously attempted to serve the above-named defendant(s) pursuant to CPLR § 308

at *39 Heritage Rd E* on the *04.24.06* day of *April* 2006 *6:18* P M
at *Buffalo, NY* on the *04.29.06* day of *April* 2006 *10:30* A M
at *14221* on the *05.01.06* day of *May* 2006 *6:45* P M
    *05.02.06*    *May* 2006 *9:45* PM
    *05.04.06*    *May* 2006 *6:45* PM

___ Description    The Person served would be described as:

| SEX | SKIN | HAIR | OTHER | AGE | HEIGHT | WEIGHT |
|---|---|---|---|---|---|---|
| ___ Male | ___ White | ___ Black | ___ Balding | ___ 14 - 20 yrs | ___ Under 5' | ___ Under 100 lbs |
| ___ Female | ___ Black | ___ Brown | ___ Mustache | ___ 21 - 35 yrs | ___ 5' - 5' 3" | ___ 100 - 130 lbs |
| | ___ Yellow | ___ Blonde | ___ Beard | ___ 36 - 50 yrs | ___ 5' 4" - 5' 8" | ___ 131 - 160 lbs |
| | ___ Brown | ___ Gray | ___ Glasses | ___ 51 - 65 yrs | ___ 5' 9" - 6' | ___ 161 - 200 lbs |
| | ___ Red | ___ Red | | ___ over 65 | ___ Over 6' | ___ Over 200 lbs |
| | | ___ White | | | | |

X Military    To the best of my knowledge, information and belief the said defendant at the time of service was not engaged in Military service of the United States.

Sworn to before me on this *5th* day of *May*, 200*6*

_____ NOTARY

*Jan M. Hayes*

YVONNE S. MICHAELS
Notary Public, State of New York
Qualified in Erie County
My Commission Expires March 20, 20 *10*

cc_120